UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Bonnie Kramer
             Plaintiff,

v.                 Case No.: 1:13−cv−07915
                 Honorable Matthew F. Kennelly

Simon Property Group (Delaware) Inc., et al.
             Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, December 30, 2013:

  MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the filing of a notice of voluntary dismissal, this case is dismissed with prejudice and without costs. The status hearing set for 1/9/2014 is vacated. Civil case terminated. Mailed notice.(pjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.